DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MEDRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>           Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br> JUAN LOPEZ ALVARADO et al,  )<br>                             )<br>           Defendants.       )<br>                             )<br> _____ ) | Cr.S. 11-134-JAM<br><br>**AMENDED**<br>STIPULATION AND ORDER<br><br>DATE: July 10, 2012<br>Time: 9:45 a.m.<br>JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through, MICHAEL BECKWITH, Assistant U.S. Attorney, defendant, JOSE MEDRANO by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DANNY BRACE JR., attorney for ESTANISLAO GARCIA, MICHAEL CHASTAIN, attorney for EDWARD TULYSEWSKI, and JOHN MANNING, attorney for FRED PINEDA, that the status conference set for Tuesday, June 5, 2012, be continued to Tuesday, July 10, 2012, at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to

1  provide defense counsel reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.  The
3  parties agree that the ends of justice to be served by a continuance
4  outweigh the best interests of the public and the defendants in a
5  speedy trial, and they ask the Court to exclude time within which the
6  trial of this matter must be commenced under the Speedy Trial Act from
7  the date of this stipulation, May 30, 2012, through July 10, 2012,
8  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4,
9  pertaining to reasonable time for defense preparation.

11 Dated: May 30, 2012                 Respectfully submitted,

12                                     DANIEL J. BRODERICK
                                       Federal Defender

14                                     /s/ Matthew M. Scoble
                                       MATTHEW M. SCOBLE
15                                     Assistant Federal Defender
                                       Attorney for JOSE MEDRANO

17                                     /s/ Matthew M. Scoble for
                                       DANNY BRACE JR.
18                                     Attorney for ESTANISLAO GARCIA

                                       /s/ Matthew M. Scoble for
20                                     MICHAEL CHASTAIN
                                       Attorney for EDWARD TULYSEWSKI

22                                     /s/ Matthew M. Scoble for
                                       JOHN MANNING
23                                     Attorney for FRED PINEDA

25 Dated: May 30, 2012                 BENJAMIN B. WAGNER
                                       United States Attorney

27                                     /s/ Matthew M. Scoble for
                                       MICHAEL BECKWITH
28                                     Assistant U.S. Attorney

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  It is ordered that the status conference presently set for June 5, 2012, be continued to July 10, 2012, at 9:45 a.m.  The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, May 30, 2012, up to and including, the July 10, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: 5/30/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge