JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MEDRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-134-JAM |
| | ) | |
| Plaintiff, | ) | AMENDED |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | DATE: May 14, 2013 |
| JUAN LOPEZ ALVARADO et al, | ) | Time: 9:45 a.m. |
| | ) | JUDGE: Hon. John A. Mendez |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

    It is hereby stipulated and agreed to between the United States of America through, MICHAEL BECKWITH, Assistant U.S. Attorney, defendant, JOSE MEDRANO by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, May 7, 2013, be continued to Tuesday, May 14, 2013, at 9:45 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Defendant Jose Medrano and his attorney have been in negotiations with the government and are close to reaching an agreement.  Counsel for Mr. Medrano anticipates that by the requested court date, May 14, Mr.

1  Medrano will be prepared to enter a change of plea.
2      The parties agree that the requested continuance is necessary to
3  provide defense counsel reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.  The
5  parties agree that the ends of justice to be served by a continuance
6  outweigh the best interests of the public and the defendants in a
7  speedy trial, and they ask the Court to exclude time within which the
8  trial of this matter must be commenced under the Speedy Trial Act from
9  the date of this stipulation, May 3, 2013, through May 14, 2013,
10 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4,
11 pertaining to reasonable time for defense preparation.

13 Dated: May 3, 2013              Respectfully submitted,

14                                 JOSEPH SCHLESINGER
                                   Acting Federal Defender

16                                 /s/ Matthew M. Scoble
                                   MATTHEW M. SCOBLE
17                                 Assistant Federal Defender
                                   Attorney for JOSE MEDRANO

20 Dated: May 3, 2013              BENJAMIN B. WAGNER
                                   United States Attorney

22                                 /s/ Matthew M. Scoble for
                                   MICHAEL BECKWITH
23                                 Assistant U.S. Attorney

**O R D E R**

27      The Court having received, read, and considered the stipulation of
28 the parties and good cause appearing therefrom, the Court adopts the

**2**

parties' stipulation as its order in its entirety.  It is ordered that the status conference presently set for May 7, 2013, be continued to May 14, 2013, at 9:45 a.m.  The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, May 3, 2013, up to and including, the May 14, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: 5/3/2013                     /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge