IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re: Estanislao Garcia

Case №: 2:11-cr-00134-WBS

**O R D E R
APPOINTING COUNSEL**

The above named defendant has satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her for a consultation. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDER that Olaf Hedberg is appointed to represent the above defendant in this case effective *nunc pro tunc* to January 9, 2024.

Dated: January 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE