The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

ESTANISLAO GARCIA

Case Number:  11-CR-0134 WBS

SEALING ORDER

Having considered the Defendant's Request to Seal, Competency Brief and
accompanying exhibits, Local Rule 141(b) and the considerations set forth in the case of
*Oregonian Publishing Co. v. United States District Court for the District of Oregon*, 920 F.2d
1462, 1466 (9th Cir. 1990), and in light of the government's non-opposition, THE COURT
HEREBY FINDS THAT:

1. Defendant's security and the security of his family are compelling interests;

2. In the absence of sealing these compelling interests would be harmed; and

1

3. There are no alternatives to sealing that would adequately protect those compelling interests.

Therefore IT IS ORDERED THAT the transcript of proceedings on April 28, 2015 (Docket No. 363) and Request to Seal be filed under seal.

Dated:  April 22, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE